1   George D. Yaron (SBN 96246)
    Henry M. Su (SBN 171853)
2   **YARON & ASSOCIATES**
    601 California Street, 21st Floor
3   San Francisco, California 94108
    Telephone:   (415) 658-2929
4   Facsimile:   (415) 658-2930
    E-mails:     gyaron@yaronlaw.com
5                hsu@yaronlaw.com

6   Attorneys for Plaintiff and Counterdefendant
    AMERICA ALTERNATIVE INSURANCE
7   CORPORATION

10  Michael Masuda (SBN 129313)
    Stephen F. Wagner (SBN 213177)
11  **NOLAND, HAMERLY, ETIENNE & HOSS**
    333 Salinas Street
12  Post Office Box 2510
    Salinas, California 93902
13  Telephone:   (831) 424-1414
    Facsimile:   (831) 424-1975
14  E-mail:      mmasuda@nheh.com

15  Attorneys for Defendant and Counterclaimant
    ARTURO NAVARRO

    Frank M. Pitre (SBN 100077)
    Christopher Lavorato (SBN 221034)
    Alexandra A. Hamilton (SBN 280834)
    **COTCHETT, PITRE & MCCARTHY**
    San Francisco Airport Office Center
    840 Malcolm Road, Suite 200
    Burlingame, California 94010
    Telephone:   (650) 697-6000
    Facsimile:   (650) 697-0577
    E-mails:     fpitre@cpmlegal.com
                 clavorato@cmplegal.com
                 ahamilton@cmplegal.com

    Attorneys for Defendants and
    Counterclaimants JESUS CALDERON,
    YOLANDA GOMEZ AND ANA
    SAAVEDRA

    Dennis R. Powell (SBN 39334)
    **THE LAW OFFICE OF DENNIS R.
    POWELL, INC.**
    144 West Gabilan Street
    Salinas, California 93901
    Telephone:   (831) 754-4400
    Facsimile:   (831) 754-1201
    E-mail:      drp500@aol.com

    Attorneys for Defendants and
    Counterclaimants JESUS CALDERON,
    YOLANDA GOMEZ AND ANA
    SAAVEDRA

    Robert P. Herendeen (SBN 47994)
    **HERENDEEN & BRYAN**
    119 Cayuga Street
    P.O. Box 1067
    Salinas, California 93902
    Telephone:   (831) 758-8282
    Facsimile:   (831) 758-0857
    E-mail:      robertherendeen@yahoo.com

    Attorneys for Defendants and
    Counterclaimants JESUS CALDERON,
    YOLANDA GOMEZ AND ANA
    SAAVEDRA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

---

[PROPOSED] ORDER

G:\3876\Pleading\ProOrder.wpd

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a New Jersey Corporation | CASE NO.:   CV 13-01246 MMC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| JESUS CALDERON, successor in interest and representative of the estate of MONICA CALDERON, YOLANDA GOMEZ, successor in interest and representative of the estate of JOHN CARLOS HERNANDEZ, ANA SAAVEDRA, successor in interest and representative of the estate of RUBICELA RAMIREZ CHAVEZ, ARTURO NAVARRO, individually and as successor in interest and representative of the estate of JEANETTE NAVARRO, and DOES 1 to 10 | |
| Defendants. | |
| ARTURO NAVARRO, individually and as successor in interest and representative of the estate of JEANETTE NAVARRO, | |
| Counterclaimant, | |
| v. | |
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a New Jersey Corporation | |
| Counterdefendant. | |
| JESUS CALDERON, successor in interest and representative of the estate of MONICA CALDERON, YOLANDA GOMEZ, successor in interest and representative of the estate of JOHN CARLOS HERNANDEZ, and ANA SAAVEDRA, successor in interest and representative of the estate of RUBICELA RAMIREZ CHAVEZ | |
| Counterclaimants, | |
| v. | |
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a New Jersey Corporation, and ROES 1 through 100, | |
| Counterdefendants. | |

1     The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

2     IT IS HEREBY ORDERED that leave is granted for Plaintiff American Alternative Insurance
3 Company to file its Second Amended Complaint ~~with~~ within 5 days of the signing of this Order.

4     IT IS ALSO ORDERED that the deadline to for the parties to meet and confer regarding
5 initial disclosures, early settlement, ADR process section, and a discovery plan is September 6, 2013.
6 The new deadline to file the Rule 26(f) Report, complete initial disclosures, and file the Case
7 Management Statement is September 20, 2013. The Case Management Conference is continued to
8 September 27, 2013, at 10:30 a.m.

10 Dated:     June 18, 2013     By: *[signature: Maxine M. Chesney]*
11     Judge of the U.S. District Court