| | | |
|---|---|---|
| 1 | George D. Yaron (SBN 96246) | Frank M. Pitre (SBN 100077) |
| 2 | Henry M. Su (SBN 171853)<br>**YARON & ASSOCIATES** | Christopher Lavorato (SBN 221034)<br>Alexandra A. Hamilton (SBN 280834) |
| 3 | 601 California Street, 21st Floor<br>San Francisco, California 94108 | **COTCHETT, PITRE & MCCARTHY**<br>San Francisco Airport Office Center |
| 4 | Telephone:      (415) 658-2929<br>Facsimile:       (415) 658-2930 | 840 Malcolm Road, Suite 200<br>Burlingame, California 94010 |
| 5 | E-mails:          gyaron@yaronlaw.com<br>                      hsu@yaronlaw.com | Telephone:      (650) 697-6000<br>Facsimile:       (650) 697-0577 |
| 6 | Attorneys for Plaintiff and Counterdefendant | E-mails:          fpitre@cpmlegal.com<br>                      clavorato@cmplegal.com |
| 7 | AMERICA ALTERNATIVE INSURANCE<br>CORPORATION | ahamilton@cmplegal.com |
| 8 | | Attorneys for Defendants and<br>Counterclaimants JESUS CALDERON, |
| 9 | | YOLANDA GOMEZ AND ANA<br>SAAVEDRA |
| 10 | Michael Masuda (SBN 129313) | Dennis R. Powell (SBN 39334) |
| 11 | Stephen F. Wagner (SBN 213177)<br>**NOLAND, HAMERLY, ETIENNE & HOSS** | **THE LAW OFFICE OF DENNIS R.<br>POWELL, INC.** |
| 12 | 333 Salinas Street<br>Post Office Box 2510 | 144 West Gabilan Street<br>Salinas, California 93901 |
| 13 | Salinas, California 93902<br>Telephone:      (831) 424-1414 | Telephone:      (831) 754-4400<br>Facsimile:       (831) 754-1201 |
| 14 | Facsimile:       (831) 424-1975<br>E-mail:           mmasuda@nheh.com | E-mail:           drp500@aol.com |
| 15 | Attorneys for Defendant and Counterclaimant | Attorneys for Defendants and<br>Counterclaimants JESUS CALDERON, |
| 16 | ARTURO NAVARRO | YOLANDA GOMEZ AND ANA<br>SAAVEDRA |
| 17 | | Robert P. Herendeen (SBN 47994) |
| 18 | | **HERENDEEN & BRYAN**<br>119 Cayuga Street |
| 19 | | P.O. Box 1067<br>Salinas, California 93902 |
| 20 | | Telephone:      (831) 758-8282<br>Facsimile:       (831) 758-0857 |
| 21 | | E-mail:           robertherendeen@yahoo.com |
| 22 | | Attorneys for Defendants and<br>Counterclaimants JESUS CALDERON, |
| 23 | | YOLANDA GOMEZ AND ANA<br>SAAVEDRA |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER

G:\3876\Pleading\ProOrderDDS.wpd

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a New Jersey Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JESUS CALDERON, successor in interest and representative of the estate of MONICA CALDERON, YOLANDA GOMEZ, successor in interest and representative of the estate of JOHN CARLOS HERNANDEZ, ANA SAAVEDRA, successor in interest and representative of the estate of RUBICELA RAMIREZ CHAVEZ, ARTURO NAVARRO, individually and as successor in interest and representative of the estate of JEANETTE NAVARRO, and DOES 1 to 10,<br><br>　　　　Defendants. | CASE NO.: CV 13-01246 MMC<br><br>[PROPOSED] ORDER<br><br>AFFORDING PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT; CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 6, 2013; CONTINUING RELATED DEADLINES |
| ARTURO NAVARRO, individually and as successor in interest and representative of the estate of JEANETTE NAVARRO,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>AMERICAN ALTERNATIVE INSURANCE CORPORATION, a New Jersey Corporation,<br><br>　　　　Counterdefendant. | |
| JESUS CALDERON, successor in interest and representative of the estate of MONICA CALDERON, YOLANDA GOMEZ, successor in interest and representative of the estate of JOHN CARLOS HERNANDEZ, and ANA SAAVEDRA, successor in interest and representative of the estate of RUBICELA RAMIREZ CHAVEZ,<br><br>　　　　Counterclaimants,<br><br>　v.<br><br>AMERICAN ALTERNATIVE INSURANCE CORPORATION, a New Jersey Corporation, and ROES 1 through 100,<br><br>　　　　Counterdefendants. | |

1. The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:
2. IT IS HEREBY ORDERED that leave is granted for Plaintiff American Alternative Insurance
3. Company to file its Third Amended Complaint with 5 days of the signing of this Order.
4. IT IS ALSO ORDERED that the deadline to for the parties to meet and confer regarding
5. initial disclosures, early settlement, ADR process section, and a discovery plan is November 4, 2013.
6. The new deadline to file the Rule 26(f) Report, complete initial disclosures, and file the Case
7. Management Statement is ~~November 18~~, November 27, 2013. The Case Management Conference is continued to
8. ~~November 25, 2013, at 10:30 a.m.~~ December 6, 2013, at 10:30 a.m.

Dated: September 13, 2013          By: /s/ Maxine M. Chesney
                                   Judge of the U.S. District Court

[PROPOSED] ORDER
- 3 -
G:\3876\Pleading\ProOrderDDS.wpd