1  George D. Yaron (SBN 96246)
   Henry M. Su (SBN 171853)
2  **YARON & ASSOCIATES**
   601 California Street, 21st Floor
3  San Francisco, California 94108
   Telephone:      (415) 658-2929
4  Facsimile:      (415) 658-2930
   E-mails:        gyaron@yaronlaw.com
5                  hsu@yaronlaw.com

6  Attorneys for Plaintiff and Counterdefendant
   AMERICA ALTERNATIVE INSURANCE
7  CORPORATION

8

9

10 Michael Masuda (SBN 129313)
   Stephen F. Wagner (SBN 213177)
11 **NOLAND, HAMERLY, ETIENNE & HOSS**
   333 Salinas Street
12 Post Office Box 2510
   Salinas, California 93902
13 Telephone:      (831) 424-1414
   Facsimile:      (831) 424-1975
14 E-mail:         mmasuda@nheh.com

15 Attorneys for Defendant and Counterclaimant
   ARTURO NAVARRO
16

17

18

19

20

21

22

23

   Frank M. Pitre (SBN 100077)
   Christopher Lavorato (SBN 221034)
   Alexandra A. Hamilton (SBN 280834)
   **COTCHETT, PITRE & MCCARTHY**
   San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
   Burlingame, California 94010
   Telephone:      (650) 697-6000
   Facsimile:      (650) 697-0577
   E-mails:        fpitre@cpmlegal.com
                   clavorato@cmplegal.com
                   ahamilton@cmplegal.com

   Attorneys for Defendants and
   Counterclaimants JESUS CALDERON,
   YOLANDA GOMEZ AND ANA
   SAAVEDRA

   Dennis R. Powell (SBN 39334)
   **THE LAW OFFICE OF DENNIS R.
   POWELL, INC.**
   144 West Gabilan Street
   Salinas, California 93901
   Telephone:      (831) 754-4400
   Facsimile:      (831) 754-1201
   E-mail:         drp500@aol.com

   Attorneys for Defendants and
   Counterclaimants JESUS CALDERON,
   YOLANDA GOMEZ AND ANA
   SAAVEDRA

   Robert P. Herendeen (SBN 47994)
   **HERENDEEN & BRYAN**
   119 Cayuga Street
   P.O. Box 1067
   Salinas, California 93902
   Telephone:      (831) 758-8282
   Facsimile:      (831) 758-0857
   E-mail:         robertherendeen@yahoo.com

   Attorneys for Defendants and
   Counterclaimants JESUS CALDERON,
   YOLANDA GOMEZ AND ANA
   SAAVEDRA

24              UNITED STATES DISTRICT COURT

25          FOR THE NORTHERN DISTRICT OF CALIFORNIA

26

27

28

---

[PROPOSED] ORDER

G:\3876\Pleading\ProOrderDDS.wpd

1  AMERICAN ALTERNATIVE INSURANCE)  CASE NO.:   CV 13-01246 MMC
   CORPORATION, a New Jersey Corporation )

2                                      )  [PROPOSED] ORDER
                Plaintiff,             )
3                                      )  AFFORDING PLAINTIFF LEAVE TO
        v.                             )  FILE THIRD AMENDED COMPLAINT;
4                                      )  CONTINUING CASE MANAGEMENT
5  JESUS CALDERON, successor in interest and)  CONFERENCE TO DECEMBER 6, 2013;
   representative of the estate of MONICA)  CONTINUING RELATED DEADLINES
6  CALDERON, YOLANDA GOMEZ, successor)
   in interest and representative of the estate of)
   JOHN CARLOS HERNANDEZ, ANA)
7  SAAVEDRA, successor in interest and)
   representative of the estate of RUBICELA)
8  RAMIREZ CHAVEZ, ARTURO NAVARRO,)
   individually and as successor in interest and)
9  representative of the estate of JEANETTE)
   NAVARRO, and DOES 1 to 10          )
10                                     )
                Defendants.            )
11 _____)
                                       )
12 ARTURO NAVARRO, individually and as)
   successor in interest and representative of the)
13 estate of JEANETTE NAVARRO,        )
                                       )
14              Counterclaimant,       )
                                       )
15      v.                             )
                                       )
16 AMERICAN ALTERNATIVE INSURANCE)
   CORPORATION, a New Jersey Corporation )
17                                     )
                Counterdefendant.      )
18 _____)
                                       )
19 JESUS CALDERON, successor in interest and)
   representative of the estate of MONICA)
20 CALDERON, YOLANDA GOMEZ, successor)
   in interest and representative of the estate of)
21 JOHN CARLOS HERNANDEZ, and ANA)
   SAAVEDRA, successor in interest and)
22 representative of the estate of RUBICELA)
   RAMIREZ CHAVEZ                     )
23                                     )
                Counterclaimants,      )
24                                     )
        v.                             )
25                                     )
   AMERICAN ALTERNATIVE INSURANCE)
26 CORPORATION, a New Jersey Corporation,)
   and ROES 1 through 100,            )
27                                     )
                Counterdefendants.     )
28 _____)

G:\3876\Pleading\ProOrderDDS.wpd

1    The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

2    IT IS HEREBY ORDERED that leave is granted for Plaintiff American Alternative Insurance

3    Company to file its Third Amended Complaint with 5 days of the signing of this Order.

4    IT IS ALSO ORDERED that the deadline to for the parties to meet and confer regarding

5    initial disclosures, early settlement, ADR process section, and a discovery plan is November 4, 2013.

6    The new deadline to file the Rule 26(f) Report, complete initial disclosures, and file the Case

7    Management Statement is ~~November 18~~, November 27, 2013.  The Case Management Conference is continued to

8    ~~November 25, 2013, at 10:30 a.m.~~   December 6, 2013, at 10:30 a.m.

9

10   Dated: September 13 , 2013          By:      *Maxine M. Chesney*

11                                        Judge of the U.S. District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\3876\Pleading\ProOrderDDS.wpd