1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a New Jersey Corporation<br><br>Plaintiff,<br><br>v.<br><br>JESUS CALDERON, successor in interest and representative of the estate of MONICA CALDERON, YOLANDA GOMEZ, successor in interest and representative of the estate of JOHN CARLOS HERNANDEZ, ANA SAAVEDRA, successor in interest and representative of the estate of RUBICELA RAMIREZ CHAVEZ, ARTURO NAVARRO, individually and as successor in interest and representative of the estate of JEANETTE NAVARRO, and DOES 1 to 10<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.:   CV 13-01246 MMC<br><br>[~~PROPOSED~~] ORDER<br><br>DISMISSING ACTION |

_____

[PROPOSED] ORDER

G:\3876\Pleading\Orderapr15.wpd

1  The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

2  IT IS HEREBY ORDERED the above-captioned action, in its entirety and including all
3  Counterclaims, shall be, and hereby is, dismissed without prejudice, with each party to bear its own
4  fees and costs.

6  Dated: April 21, 2015          By: *[signature: Maxine M. Chesney]*
7  Judge of the U.S. District Court